**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WANG & GAO FAMILY TRUST, LINGYUN GU, JINGBAO XIAO, WEIMIN REN, YUAN ZHANG HONGSHAN CHEN, WG INVESTMENT ATL LLC, PIONEERSOFT LLC, YONG MEN, SHENXIONG ZHOU, NING ZHANG, WEIJIE DENG, QIANQIAN WANG, XUEJUN LIU, QINGYU XUE, | ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION** <br><br> **FILE NO.** 1:24-cv-02446-TWT |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| TA PARTNERS LLC, TA PARTNERS APARTMENT FUND II LLC, CHIENSHEN (JOHNNY) LU, YAOJUN (LARRY) LIU, RENKAI (RICHARD) ZHANG, GIANT TIGER LLC, ALFA IDG LLC, THRIVING FUTURE LLC, VARDE PARTNERS, INC., VP IRVINE LENDER LLC, RUC14 PLAYA LLC, NEWOPEN GROUP INC., XIN ZHENG, HSING-WEN HO, and DOES 1-50, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION REGARDING DEFENDANTS VÄRDE PARTNERS, INC.
AND VP IRVINE LENDER LLC'S DEADLINE TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b) and 15(a)(3), Plaintiffs and

Defendants Värde Partners, Inc. and VP Irvine Lender LLC (collectively, the "Värde

Defendants") hereby stipulate that the Värde Defendants shall have through October

16, 2024 to answer or otherwise respond to Plaintiffs' Amended Complaint. In support of this stipulation, the Parties state as follows:

1.      The Värde Defendants are Delaware entities that were served with the original Complaint on August 1, 2024.

2.      Plaintiffs timely agreed via email to extend the Värde Defendants' deadline to answer or otherwise respond to the original Complaint to October 15, 2024.

3.      In the meantime, on September 30, 2024, Plaintiffs filed an Amended Complaint (Dkt. 34).

4.      Under Federal Rule of Civil Procedure 15(a)(3), "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."

5.      On October 2, 2024, the Värde Defendants waived service of the Amended Complaint.

6.      The Parties accordingly stipulate that the Värde Defendants' deadline to answer or otherwise respond to the Amended Complaint is October 16, 2024 (14 days after service of the Amended Complaint).

7.      The Parties further stipulate that the Värde Defendants need not answer or otherwise respond to the original Complaint in light of the Amended Complaint.

8.      Finally, by entering into this stipulation, the Värde Defendants in no way concede that this Court has jurisdiction over the Värde Defendants in this case, or otherwise waive any defenses they may have as to subject matter jurisdiction or personal jurisdiction.

Respectfully submitted this 3rd day of October, 2024.

| | |
|---|---|
| */s/ Todd N. Robinson (with permission)* | */s/ Jason Rottner* |
| Todd N. Robinson | Jason Rottner |
| Georgia Bar No. 434557 | Georgia Bar No. 678137 |
| **Robinson Franzman LLP** | **Alston & Bird LLP** |
| 191 Peachtree Street, NE 26th Floor | One Atlantic Center |
| Atlanta, Georgia 30303 | 1201 West Peachtree Street |
| Telephone: (404) 255-2503 | Atlanta, GA 30309-3424 |
| todd@rfllplaw.com | Telephone: 404-881-7000 |
| | Facsimile:  404-881-7777 |
| | jason.rottner@alston.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants Värde Partners, Inc. and VP Irvine Lender LLC* |

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

ALSTON & BIRD LLP

*/s/ Jason Rottner*

Jason Rottner
Georgia Bar No. 678137

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that I have electronically transmitted the foregoing document to the

Clerk of Court using the ECF system for filing and transmittal of Notice of

Electronic Filing to the ECF registrants.

This 3rd day of October, 2024.

**ALSTON & BIRD LLP**

*/s/ Jason Rottner*

Jason Rottner
Georgia Bar No. 678137