**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WANG & GAO FAMILY TRUST, LINGYUN GU, JINGBAO XIAO, WEIMIN REN, YUAN ZHANG HONGSHAN CHEN, WG INVESTMENT ATL LLC, PIONEERSOFT LLC, YONG MEN, SHENXIONG ZHOU, NING ZHANG, WEIJIE DENG, QIANQIAN WANG, XUEJUN LIU, QINGYU XUE,<br><br>                    Plaintiffs,<br><br>v.<br><br>TA PARTNERS LLC, TA PARTNERS APARTMENT FUND II LLC, CHIENSHEN (JOHNNY) LU, YAOJUN (LARRY) LIU, RENKAI (RICHARD) ZHANG, GIANT TIGER LLC, ALFA IDG LLC, THRIVING FUTURE LLC, VARDE PARTNERS, INC., VP IRVINE LENDER LLC, RUC14 PLAYA LLC, NEWOPEN GROUP INC., XIN ZHENG, HSING-WEN HO, and DOES 1-50, inclusive,<br><br>                    Defendants. | **CIVIL ACTION**<br><br>**FILE NO.**  1:24-cv-02446-TWT |

**PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS VÄRDE PARTNERS, INC. AND VP IRVINE LENDER LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Wang & Gao Family Trust, Lingyun Gu, Jingbao Xiao, Weimin Ren, Yuan Zhang Hongshan Chen, WG Investment ATL LLC, Pioneersoft LLC, Yong Men, Shenxiong Zhou, Ning Zhang, Weijie Deng, Qianqian Wang, Xuejun Liu, and

Qingyu Xue, voluntarily dismiss this action without prejudice as to Defendants Värde Partners, Inc. and VP Irvine Lender LLC.

Respectfully submitted this 23rd day of October, 2024.

/s/ Todd N. Robinson

Todd N. Robinson
Georgia Bar No. 434557
**Robinson Franzman LLP**
191 Peachtree Street, NE 26th Floor
Atlanta, Georgia 30303
Telephone: (404) 255-2503
todd@rfllplaw.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this document has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

*/s/ Todd N. Robinson*

# **CERTIFICATE OF SERVICE**

I certify that I have electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to the ECF registrants.

This 23rd day of October, 2024.

*/s/ Todd N. Robinson*