IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WANG & GAO FAMILY TRUST, et al.,

    Plaintiffs,

      v.

TA PARTNERS LLC, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:24-CV-2446-TWT

## ORDER

This is a civil RICO action.  It is before the Court on the Plaintiffs' Motion for Extension of Time to Effect Service on Renkai Zhang [Doc. 82]. The Plaintiff has not properly responded to the Court's Order of August 28, 2025 directing the Plaintiff to show cause why all remaining non-served Defendants should not be dismissed. The Plaintiffs' Motion for Extension of Time to Effect Service on Renkai Zhang [Doc. 82] is DENIED. This action is DISMISSED as to all non-served Defendants and the Clerk is directed to close this case administratively

SO ORDERED, this ___2 2 n d___ day of October, 2025.

_____
THOMAS W. THRASH, JR.
United States District Judge