**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

WANG & GAO FAMILY TRUST,
LINGYUN GU, JINGBAO XIAO,
WEIMIN REN, YUAN ZHANG,
HONGSHAN CHEN, WG INVESTMENT
ATL LLC, PIONEERSOFT LLC, YONG
MEN, SHENXIONG ZHOU, NING
ZHANG, WEIJIE DENG, QIANQIAN
WANG, XUEJUN LIU, QINGYU XUE,

        Plaintiffs,

vs.

TA PARTNERS LLC, TA PARTNERS
APARTMENT FUND II LLC,
CHIENSHEN (JOHNNY) LU, YAOJUN
(LARRY) LIU, RENKAI (RICHARD)
ZHANG, GIANT TIGER LLC, ALFA
IDG LLC, THRIVING FUTURE LLC,
VARDE PARTNERS, INC., VP IRVINE
LENDER LLC, RUC14 PLAYA LLC,
NEWOPEN GROUP INC., XIN ZHENG,
HSING-WEN HO, and DOES 1-50,
inclusive,

        Defendants.

CIVIL ACTION FILE

NO. 1:24-cv-02446-TWT

**J U D G M E N T**

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the defendant Giant Tiger LLC's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 28th day of October, 2025.

                        KEVIN P. WEIMER
                        CLERK OF COURT

                By:   s/Traci Clements Campbell
                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 28, 2025
Kevin P. Weimer
Clerk of Court

By: s/Traci Clements Campbell
        Deputy Clerk